**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD GEBE WRIGHT,<br><br>           Petitioner,<br><br>      v.<br><br>RON RACKLEY, Warden,<br><br>           Respondent. | NO. CV 14-5922-SVW (AS)<br><br>**JUDGMENT** |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 2, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE